Brian A. Ertz, (ISB No. 9960)
ERTZ LAW PLLC
P.O. Box 665
Boise, ID 83701
(208) 867-0185 (Telephone)
(208) 416-6665 (Fax)
brian@ertzlaw.org

Jessica L. Blome, Pro Hac Vice
Susann M. Bradford, Pro Hac Vice
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/FAX: (510) 900-9502
jblome@greenfirelaw.com
sbradford@greenfirelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
### CENTRAL DIVISION

| | |
|---|---|
| FRIENDS OF THE CLEARWATER, | Case No. 3:25-cv-00567-DCN |
| Plaintiff, | **DECLARATION OF COUNSEL CERTIFYING SERVICE OF COMPLAINT AND SUMMONS** |
| v. | |
| JON WORD, in his official capacity as Forest Supervisor Nez Perce-Clearwater National Forest, and the U.S. FOREST SERVICE, | |
| Defendants. | |

DECLARATION OF COUNSEL BRIAN A. ERTZ CERTIFYING SERVICE OF SUMMONS AND COMPLAINT
*Friends of the Clearwater v. Jon Word et al.*

I, Brian A. Ertz, state and declare:

     1.     I am an attorney of record for Plaintiff Friends of the Clearwater.

2.      On behalf of Plaintiff, I caused to be served, via U.S. certified mail, return receipt requested, copies of the Complaint, accompanying Declarations (ECF Doc. Nos. 1, 1-1, 1-2) and the Summonses issued by the Court (ECF Doc. Nos. 1-4, 1-5) in this matter on October 27, 2025 addressed to the following:

> Jon Word
> Forest Supervisor
> Nez Perce-Clearwater National Forest
> 1008 Highway 64
> Kamiah, ID 83536
>
> United States Forest Service
> Room 107W, Whitten Building
> 1400 Independence Ave., SW.
> Washington, D.C. 20250-1400
>
> Office of the Attorney General
> 950 Pennsylvania Ave., NW
> Washington, D.C. 20530

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Certified Mail Receipts to Defendants Jon Word and United States Forest Service and the Office of the Attorney General, postmarked October 27, 2025.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Certified Mail Receipts for the delivery to Defendant Jon Word and the Office of the Attorney General.

5.      Attached hereto as Exhibit 3 is a copy of the United States Postal Service Tracking page showing delivery to Defendant United States Forest Service occurred on October 30, 2025 at 8:03am.

6.      On November 20, 2025, Greenfire Law, PC, co-counsel for Plaintiff, caused to be served, via U.S. certified mail, return receipt requested, copies of the Complaint, accompanying Declarations (ECF Doc. Nos. 1, 1-1, 1-2) and the Summonses issued by the Court (ECF Doc. Nos. 1-4, 1-5) in this matter to the following party:

DECLARATION OF COUNSEL BRIAN A. ERTZ CERTIFYING SERVICE OF SUMMONS AND COMPLAINT
*Friends of the Clearwater v. Jon Word et al.*

2

Bart Davis
U.S. Attorney
District of Idaho
1290 W Myrtle St, Ste 500
Boise, ID 83702

7.     Attached hereto as Exhibit 4 is a true and correct copy of a Proof of Service form,

Certified Mail Receipt, and USPS Tracking page showing delivery to the U.S. Attorney's Office

for the District of Idaho occurred on November, 24 2025 at 12:34pm via certified mail.

8.     On behalf of Plaintiff, I caused to be served, via in person delivery, copies of the

Complaint, accompanying Declarations (ECF Doc. Nos. 1, 1-1, 1-2) and the Summonses issued

by the Court (ECF Doc. Nos. 1-4, 1-5) in this matter to the following party:

U.S. Attorney
District of Idaho
1290 W Myrtle St, Ste 500
Boise, ID 83702

9.     Attached hereto as Exhibit 5 is a true and correct copy of a Proof of Service form

showing delivery to the U.S. Attorney's Office for the District of Idaho occurred on October 23,

2025 via in person delivery.

I declare under penalty of perjury pursuant to the laws of the United States that the

foregoing is true and correct.

Respectfully submitted this 26th day of November 2025.

/s/Brian A. Ertz
Brian A. Ertz (ISB # 9960)
ERTZ LAW PLLC
P.O. Box 665
Boise, ID 83701
(208) 867-0185 (Telephone)
(208) 416-6665 (Fax)
brian@ertzlaw.org
*Attorney for Plaintiff*

DECLARATION OF COUNSEL BRIAN A. ERTZ CERTIFYING SERVICE OF SUMMONS
AND COMPLAINT
*Friends of the Clearwater v. Jon Word et al.*

3

**Exhibit 1**



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee        $5.30

$        $4.40                    0060
                                 01
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00
☐ Certified Mail Restricted Delivery  $  $0.00        Postmark
☐ Adult Signature Required         $  $0.00    OCT 27 Here 2025
☐ Adult Signature Restricted Delivery  $ _____

Postage    $19.85

$                                10/27/2025
Total Postage and Fees
$28.55

$

Sent To    Office of the Attorney General

Street and Apt. No., or PO Box No.
950  Pennsylvania Ave NW

City, State, ZIP+4®  Washington, D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**Exhibit 1**

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

**Exhibit 1**



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington DC 20250

OFFICIAL USE

Certified Mail Fee $5.30

$ $4.40

0060
01

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

OCT 27 2025

Postage $19.85

$

10/27/2025

Total Postage and Fees
$29.55
$

Sent To United States Forest Service

Street and Apt. No., or PO Box No.
Room 107W Whitten Bldg, 1400 Independence Ave SW

City, State, ZIP+4®
Washington D.C. 20250-1400

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Exhibit 1

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

**Exhibit 1**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Kamiah, ID 83536

OFFICIAL USE

| Certified Mail Fee | $5.30 | 0060 |
| $ | $4.40 | 01 |

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ 

Postmark Here

OCT 2 7 2025

Postage    $12.20
$

Total Postage and Fees
$21.90
$

10/27/2025

Sent To        Jon Word

Street and Apt. No., or PO Box No.    1008 Highway 64

City, State, ZIP+4®    Kamiah, ID 83536

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**Exhibit 1**

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items **1**, **2**, and **3**.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jon Word
1008 Highway 64
Kamiah, ID 83536

9590 9402 9216 4295 1123 18

2. Article Number *(Transfer from service label)*

9589 0710 5270 1793 1563 84

**COMPLETE THIS SECTION ON DELIVERY**

**Exhibit 2**

A. Signature

X                                              ☑ Agent
                                               ☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

Joslyn Osborn-Gaines       10/29/25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**USPS TRACKING #**





9590 9402 9216 4295 1123 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Exhibit 2**

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ertz Law PLLC
PO Box 665
Boise, ID 83701



**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

|||||| |||| |||| |||||| ||||| ||| |||| |||||| |||||
9590 9402 9216 4295 1123 49

2. Article Number *(Transfer from service label)*

9589 0710 5270 1793 1563 53

**COMPLETE THIS SECTION ON DELIVERY**

**Exhibit 2**

A. Signature
X *Evie Sassou*
☐ Agent
☐ Addressee

B. Received by (Printed Name)    OCT 3 0 2025    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ...on Delivery Restricted Delivery
☐ ...Mail
☐ ...ured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

INSPECTED 28

**USPS TRACKING #**



**Exhibit 2**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9216 4295 1123 49

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ertz Law PLLC
PO Box 665
Boise, ID 83701



# USPS Tracking®



Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

---

Tracking Number:

## 9589071052701793156360

📋 Copy    ✂️ Add to Informed Delivery

Remove ✕

---

### Latest Update

Your item was delivered to the front desk, reception area, or
mail room at 8:03 am on October 30, 2025 in
WASHINGTON, DC 20250.

✅ **Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250
October 30, 2025, 8:03 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

---

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

**Text & Email Updates**                          ‹

**USPS Tracking Plus®**                            ‹

**Product Information**                            ‹

See Less ⌄

Feedback

**Exhibit 4**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | |
|---|---|
| FRIENDS OF THE CLEARWATER | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| JON WORD, in his official capacity as Forest | ) |
| Supervisor Nez Perce-Clearwater National Forest, | ) |
| and the U.S. FOREST SERVICE | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:25-cv-00567-DCN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jon Word
Forest Supervisor
Nez Perce-Clearwater National Forest
1008 Highway 64
Kamiah, Idaho 83536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian A. Ertz
Ertz Law, PLLC
P.O. Box 665
Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  10/6/2025



**United States Courts
District of Idaho**

**ISSUED**

*daniellevanmeer
on Oct 06, 2025 3:04 pm*

**Exhibit 4**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*    Bart M. Davis, U.S. Attorney, District of Idaho

was received by me on *(date)*    11/20/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  On November 20, 2025, I caused copies of the Summons, Complaint, Civil Cover Sheet,
Declaration of Jeff Juel and Declaration of Gary MacFarlane to be served via certified mail
which was delivered on November 24, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    11/25/2025

_____
*Server's signature*

Nuria de la Fuente, Office Manager
*Printed name and title*

Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**Exhibit 4**

For delivery information, visit our website at *www.usps.com*®.

Boise, ID 83702

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $4.40 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $11.30 |
| $ | |
| Total Postage and Fees | |
| $ | $21.00 |

Postmark Here

0062 26

USPS SOUTH BERKELEY    NOV 20 2025    BERKELEY CA 94703    11/20/2025

Sent To  Bart M. Davis U.S. Attorney Dist. Idaho

Street and Apt. No., or PO Box No.  1290 West Myrtle St. Ste.500

City, State, ZIP+4®  Boise, ID 83702

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

11/25/25, 12:22 PM

USPS.com® - USPS Tracking® Results

**Exhibit 4**

# USPS Tracking®

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Tracking Number:                                                                                  **Remove ✕**

**9589071052703566260298**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at
12:34 pm on November 24, 2025 in BOISE, ID 83702.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
BOISE, ID 83702
November 24, 2025, 12:34 pm

**Out for Delivery**
BOISE, ID 83702
November 24, 2025, 7:28 am

**Arrived at Post Office**
BOISE, ID 83708
November 24, 2025, 7:17 am

**Departed USPS Regional Facility**
BOISE ID DISTRIBUTION CENTER
November 24, 2025, 3:39 am

**In Transit to Next Facility**
November 23, 2025

**Arrived at USPS Regional Destination Facility**
BOISE ID DISTRIBUTION CENTER
November 22, 2025, 9:49 am

**Arrived at USPS Regional Origin Facility**
OAKLAND CA DISTRIBUTION CENTER
November 20, 2025, 11:01 pm

**Departed Post Office**
BERKELEY, CA 94703
November 20, 2025, 5:04 pm

**USPS in possession of item**
BERKELEY, CA 94703
November 20, 2025, 4:57 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                        ⌄

USPS.com® - USPS Tracking® Results

**Exhibit 4**
⌄

**USPS Tracking Plus®**

**Product Information**     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Exhibit 5**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | | |
|---|---|---|
| FRIENDS OF THE CLEARWATER | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  3:25-cv-00567-DCN |
| JON WORD, in his official capacity as Forest Supervisor Nez Perce-Clearwater National Forest, and the U.S. FOREST SERVICE | ) ) ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jon Word
Forest Supervisor
Nez Perce-Clearwater National Forest
1008 Highway 64
Kamiah, Idaho 83536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian A. Ertz
Ertz Law, PLLC
P.O. Box 665
Boise, ID 83701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho

**ISSUED**

_daniellevanmeer_
_on Oct 06, 2025 3:04 pm_

Date:  10/6/2025

**Exhibit 5**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jon Word, Forest Supervisor

was received by me on *(date)*    10/23/25    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Joel  Hawker    , who is

designated by law to accept service of process on behalf of *(name of organization)*

US Attorney's Office - District of Idaho    on *(date)*    10/23/25    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    0    for travel and $    0    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  11-14-25

_____
*Server's signature*

Benjamin Ertz
*Printed name and title*

97 S. Pit Ln, 83687, Nampa, ID
*Server's address*

Additional information regarding attempted service, etc: