ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

HAYLEY A. CARPENTER, Trial Attorney (CA Bar No. 312611)
KRYSTAL-ROSE PEREZ, Trial Attorney (TX Bar No. 24105931)
Natural Resources Section
CHRISTIAN H. CARRARA, Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 598-3362 (Carpenter)
       (202) 532-3266 (Perez)
       (202) 598-9736 (Carrara)
Email: hayley.carpenter@usdoj.gov
       krystal-rose.perez@usdoj.gov
       christian.carrara@usdoj.gov

BART M. DAVIS
United States Attorney
District of Idaho

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JON WORD, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:25-CV-00567-DCN<br><br>DEFENDANTS' PARTIAL MOTION TO DISMISS |

Defendants respectfully move the Court to dismiss Plaintiff's eighth claim for relief, ECF No. 1 ("Compl.") ¶¶ 268-273, as barred by the doctrine of res judicata. Plaintiff's eighth claim presents the same arguments against the Forest Service which this Court rejected when Plaintiff first brought them three years ago. As explained in the accompanying memorandum of points and authorities, the test for dismissal based on res judicata is met because there is an identity of claims between Plaintiff's eighth claim and the Endangered Species Act claims in the prior litigation, there is a final judgment on the merits from that litigation, and the parties are the same in both cases. Accordingly, the Court should grant this motion and dismiss Plaintiff's eighth claim for relief with prejudice.[1]

Respectfully submitted this 23 day of January, 2026.

>ADAM R.F. GUSTAFSON
>Principal Deputy Assistant Attorney General
>Environment & Natural Resources Division
>United States Department of Justice
>
>*/s/ Christian H. Carrara*
>CHRISTIAN H. CARRARA, Trial Attorney
>(NJ Bar No. 317732020)
>Wildlife & Marine Resources Section
>HAYLEY A. CARPENTER, Trial Attorney
>(CA Bar No. 312611)

---

[1] Although Plaintiff's sixth claim is styled as a challenge to the Hungry Ridge and End of the World projects under the National Environmental Policy Act, Compl. ¶¶ 251-258, to the extent that claim challenges the "no effect" findings for those projects, which is properly raised under the ESA, Defendants also request the Court dismiss that claim.

KRYSTAL-ROSE PEREZ, Trial Attorney
(TX Bar No. 24105931)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 598-9736 (Carrara)
       (202) 598-3362 (Carpenter)
       (202) 532-3266 (Perez)
Email: christian.carrara@usdoj.gov
       hayley.carpenter@usdoj.gov
       krystal-rose.perez@usdoj.gov

BART M. DAVIS
United States Attorney
District of Idaho

*Attorneys for Defendants*